1  Jeffrey H. Lowenthal (State Bar No. 111763)
   Lucas E. Gilmore (State Bar No.250893)
2  STEYER LOWENTHAL BOODROOKAS          **E-Filed 7/8/2009**
     ALVAREZ & SMITH LLP
3  One California Street, Third Floor
   San Francisco, California 94111
4  Telephone: (415) 421-3400
   Facsimile:  (415) 421-2234
5
   Attorneys for Plaintiff
6  Mortgage Electronic Registration Systems, Inc.,
   a Delaware corporation
7

8
             IN THE UNITED STATES DISTRICT COURT FOR THE
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN JOSE DIVISION
11

12 MORTGAGE ELECTRONIC              ) CASE NO. 08-05152-JF
   REGISTRATION SYSTEMS, INC.,      )
13         Plaintiff,               ) STIPULATION TO CONTINUE
                                    ) CASE MANAGEMENT CONFERENCE
14      v.                          ) AND PROPOSED ORDER
                                    )
15 THERESA G. WHARTON, et al.,      )
                                    )
16         Defendant.               )
   _____)

17
       A Case Management Conference in the above-captioned matter is currently set for July
18
   10, 2009.  Plaintiff and defendants United States and Franchise Tax Board, State of California
19
   have exchanged discovery and engaged in productive settlement negotiations.
20
       Accordingly, the parties respectfully request that the Case Management Conference be
21
   continued until September 25, 2009 to permit further opportunity to resolve this matter.  Any
22
   resolution would require authorization from the Civil Section of the Department of Justice, Tax
23
   Division and this continuance would allow this.
24
25 / / /

26 / / /

27 / / /

28 / / /

Stipulation & Proposed Order
08-cv-05152-JF                    -1-

| | |
|---|---|
| | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| Dated: July 7, 2009 | /s/ Blake D. Stamm<br>BLAKE D. STAMM<br>Assistant United States Attorney<br>Tax Division<br>Attorneys for United States of America |
| | STEYER LOWENTHAL BOODROOKAS<br>ALVAREZ & SMITH LLP |
| Dated: July 7, 2009 | /s/ Lucas E. Glmore<br>LUCAS E. GILMORE<br>Attorney for the Plaintiff |
| | CALIFORNIA STATE ATTORNEY<br>GENERAL'S OFFICE |
| Dated: July 7, 2009 | /s/ Marguerite C. Stricklin<br>MARGUERITE STRICKLIN<br>Attorney for Defendant<br>Franchise Tax Board,<br>State of California |

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br>      Plaintiff,<br><br>v.<br><br>THERESA G. WHARTON, et al.,<br><br>      Defendant. | ) CASE NO. 08-05152-JF<br>)<br>) PROPOSED ORDER TO CONTINUE<br>) CASE MANAGEMENT CONFERENCE<br>) AND PROPOSED ORDER<br>)<br>)<br>)<br>) |

In accordance with the parties' stipulation, the Case Management Conference is continued until September 25, 2009.

IT IS SO ORDERED.

Dated: July 8, 2009

_____
THE HONORABLE JEREMY FOGEL
United States District Court Judge