1  Jeffrey H. Lowenthal (State Bar No. 111763)
   Lucas E. Gilmore (State Bar No.250893)
2  STEYER LOWENTHAL BOODROOKAS
     ALVAREZ & SMITH LLP
3  One California Street, Third Floor
   San Francisco, California 94111
4  Telephone: (415) 421-3400
   Facsimile:  (415) 421-2234
5
   Attorneys for Plaintiff
6  Mortgage Electronic Registration Systems, Inc.,
   a Delaware corporation
7

8           **IN THE UNITED STATES DISTRICT COURT FOR THE**
9
            **NORTHERN DISTRICT OF CALIFORNIA**
10
            **SAN JOSE DIVISION**
11

| | |
|---|---|
| **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,** | ) CASE NO. 08-05152-JF ) |
| Plaintiff, | ) **STIPULATION AS TO EQUITABLE** ) **SUBROGATION OF THE INTERESTS** |
| v. | ) **OF THE UNITED STATES AND** ) ~~**PROPOSED**~~ **ORDER OF DISMISSAL** |
| | ) **OF ACTION AS AGAINST THE** |
| **THERESA G. WHARTON, et al.,** | ) **THE UNITED STATES** ) |
| Defendant. | ) ) |

20      It is hereby stipulated by and between plaintiff Mortgage Electronic Registration
21  Systems, Inc. ("MERS") and defendant the United States of America (the "United States"), by
22  and through their respective counsel, as follows:
23      1.      That pursuant to the doctrine of equitable subrogation, plaintiff MERS' interest in
24  the real property commonly known as 645 Buena Vista Avenue, Gilroy, California and legally
25  described in <u>Exhibit 1</u> attached hereto (the "Subject Property") in the amount of $180,766.41 is
26  prior and superior to the interests of defendant United States.
27      2.      Based on the foregoing, defendant United States  subordinates its interest to
28  plaintiff MERS' interest in the Subject Property in the amount set out above and the action is

dismissed as against defendant United States, with each party to bear its own costs and attorneys' fees.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated:   August 11, 2009              /s/ Blake D. Stamm
                                    BLAKE D. STAMM
                                    Assistant United States Attorney
                                    Tax Division

Dated: August 12, 2009        STEYER LOWENTHAL BOODROOKAS
                                ALVAREZ & SMITH LLP

                              By:     /s/ Lucas E. Gilmore
                                    Jeffrey H. Lowenthal
                                    Lucas E. Gilmore
                                    Attorneys for Plaintiff
                                    Mortgage Electronic Registration Systems,
                                    Inc., a Delaware corporation

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  8/13/09
                              _____
                              THE HONORABLE JEREMY FOGEL
                              United States District Court Judge

Stipulation & Proposed Order
08-cv-05152-JF                           -2-