Jeffrey H. Lowenthal (State Bar No. 111763)
Lucas E. Gilmore (State Bar No.250893)
STEYER LOWENTHAL BOODROOKAS
  ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile:  (415) 421-2234

Attorneys for Plaintiff
Mortgage Electronic Registration Systems, Inc.,
a Delaware corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION - E-FILING

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>TERESA G. WHARTON; JOHN J. WHARTON; THOMAS E. ROBERTS, M.D.; FRANCHISE TAX BOARD, STATE OF CALIFORNIA; DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE; and DOES 1-50, inclusive,<br><br>        Defendants. | CASE NO. 5:08-cv-05152 JF<br><br>**STIPULATION AS TO EQUITABLE SUBROGATION OF THE INTERESTS OF FRANCHISE TAX BOARD AND [PROPOSED] ORDER OF DISMISSAL OF ACTION AS AGAINST FRANCHISE TAX BOARD** |

It is hereby stipulated by and between plaintiff Mortgage Electronic Registration Systems, Inc. ("MERS") and defendant Franchise Tax Board, State of California, ("Franchise Tax Board") by and through their respective counsel, as follows:

    1.    That pursuant to the doctrine of equitable subrogation, plaintiff MERS' interest in the real property commonly known as 645 Buena Vista Avenue, Gilroy, California and

STIPULATION AS TO EQUITABLE SUBROGATION OF THE INTERESTS OF FRANCHISE TAX BOARD AND [PROPOSED] ORDER OF DISMISSAL OF ACTION AS AGAINST FRANCHISE TAX BOARD; Case No. 5:08-cv-05152 JF
S:\F\Wharton\Pleadings\Stip subrogation.Franchise Tax Brd.Rev.wpd

1  legally described in <u>Exhibit 1</u> attached hereto (the "Subject Property") in the amount of

2  $180,766.41 is prior and superior to the interests of defendant Franchise Tax Board.

3       2.     Based on the foregoing, defendant Franchise Tax Board subordinates its interest

4  to plaintiff MERS' interest in the Subject Property in the amount set out above and the action is

5  dismissed as against defendant Franchise Tax Board with each party to bear its own costs and

6  attorneys' fees.

7                            OFFICE OF THE ATTORNEY GENERAL

8

9  Dated: December 3, 2009      By: _Marguerite C. Stricklin_

10                           Marguerite Stricklin
                             Deputy Attorney General

11                           Attorneys for Franchise Tax Board, State of
                             California

12

13 Dated: December ___, 2009     STEYER LOWENTHAL BOODROOKAS

14                           ALVAREZ & SMITH LLP

15

16                       By:_____

17                           Jeffrey H. Lowenthal
                             Lucas E. Gilmore

18                           Attorneys for Plaintiff
                             Mortgage Electronic Registration Systems, Inc., a
                             Delaware corporation

19

20           **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

21

22

23 Dated: _12/4/09_ _____

24                     THE HONORABLE JEREMY FOGEL
                       United States District Court Judge

25

26

27                        - 2 -

28 STIPULATION AS TO EQUITABLE SUBROGATION OF THE INTERESTS OF FRANCHISE TAX BOARD
   AND [PROPOSED] ORDER OF DISMISSAL OF ACTION AS AGAINST FRANCHISE TAX BOARD;
   Case No. 5:08-cv-05152 JF
   S:\F\Wharton\Pleadings\Stip subrogation.Franchise Tax Brd.Rev.wpd

1  legally described in <u>Exhibit 1</u> attached hereto (the "Subject Property") in the amount of

2  $180,766.41 is prior and superior to the interests of defendant Franchise Tax Board.

3         2.       Based on the foregoing, defendant Franchise Tax Board subordinates its interest

4  to plaintiff MERS' interest in the Subject Property in the amount set out above and the action is

5  dismissed as against defendant Franchise Tax Board with each party to bear its own costs and

6  attorneys' fees.

7                                          OFFICE OF THE ATTORNEY GENERAL

8

9  Dated: December ___, 2009           By:_____

10                                          Marguerite Stricklin
                                           Deputy Attorney General
                                           Attorneys for Franchise Tax Board, State of
11                                          California

12

13
   Dated: December 3, 2009            STEYER LOWENTHAL BOODROOKAS
14                                          ALVAREZ & SMITH LLP

15

16                                     By:___ /s/ Lucas E. Gilmore_____
                                           Jeffrey H. Lowenthal
17                                          Lucas E. Gilmore
                                           Attorneys for Plaintiff
18                                          Mortgage Electronic Registration Systems, Inc., a
                                           Delaware corporation
19

20         **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

21

22

23 Dated: _____    _____
                                           THE HONORABLE JEREMY FOGEL
24                                          United States District Court Judge

25

26

27                                          - 2 -
28 STIPULATION AS TO EQUITABLE SUBROGATION OF THE INTERESTS OF FRANCHISE TAX BOARD
   AND [PROPOSED] ORDER OF DISMISSAL OF ACTION AS AGAINST FRANCHISE TAX BOARD;
   Case No. 5:08-cv-05152 JF
   S:\F\Wharton\Pleadings\Stip subrogation.Franchise Tax Brd.Rev.wpd

1                                 **CERTIFICATE OF SERVICE**

2         I hereby certify that on December 3, 2009, I electronically filed the foregoing

3 **STIPULATION AS TO EQUITABLE SUBROGATION OF THE INTERESTS OF**

4 **FRANCHISE TAX BOARD AND [PROPOSED] ORDER OF DISMISSAL OF ACTION**

5 **AS AGAINST FRANCHISE TAX BOARD** with the Clerk of the Court using the ECF

6 system which will send notification of such filing to all attorneys of record registered for

7 electronic filing.

8                         By:  /s/ Lucas E. Gilmore

9                                 Lucas E. Gilmore

                                  Attorneys for Plaintiff

10                                   Mortgage Electronic Registration Systems, Inc., a
Delaware corporation

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 STIPULATION AS TO EQUITABLE SUBROGATION OF THE INTERESTS OF FRANCHISE TAX BOARD
AND [PROPOSED] ORDER OF DISMISSAL OF ACTION AS AGAINST FRANCHISE TAX BOARD;
Case No. 5:08-cv-05152 JF
S:\F\Wharton\Pleadings\Stip subrogation.Franchise Tax Brd.Rev.wpd

## DESCRIPTION

THE LAND REFERRED TO IN THIS DESCRIPTION SITUATED IN THE **STATE OF CALIFORNIA, COUNTY OF SANTA CLARA, UNINCORPORATED AREA OF GILROY,** AND IS DESCRIBED AS FOLLOWS:

PARCEL ONE:

ALL OF PARCEL 1 OF THAT CERTAIN "PARCEL MAP", RECORDED DECEMBER 8, 1970 IN BOOK 276 OF MAPS, AT PAGE 18, SANTA CLARA COUNTY RECORDS.

PARCEL TWO:

A NON-EXCLUSIVE EASEMENT FOR INGRESS AND EGRESS AND FOR THE INSTALLATION AND MAINTENANCE OF A WATER PIPELINE 10 FEET IN WIDTH, THE CENTER LINE OF WHICH IS DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE COMMON LINE BETWEEN SAID PARCELS 2 AND 3 OF SAID PARCEL MAP, DISTANT THEREON SOUTH 18 DEG. 09 MIN. 20 SEC. EAST, 63.00 FEET FROM THE NORTHERLY CORNERS COMMON THERETO; THENCE NORTH AND SOUTH 71 DEG. 50 MIN. 40 SEC. EAST, PARALLEL WITH THE NORTHERLY LINE OF SAID PARCEL 2, A DISTANCE OF 13.00 FEET TO THE WESTERLY LINE OF A WELL SITE LOCATED WITHIN SAID PARCEL 2 AND THE TERMINATION OF SAID CENTER LINE AS RESERVED IN DEED EXECUTED BY LAWRENCE ROCCHI, ET AL. RECORDED APRIL 5, 1972, BOOK 9972, PAGE 289 OF OFFICIAL RECORDS.

PARCEL THREE:

A NON-EXCLUSIVE EASEMENT FOR INGRESS AND EGRESS AND FOR THE INSTALLATION AND MAINTENANCE OF A WATER PIPELINE 10 FEET IN WIDTH, THE WESTERLY LINE OF WHICH IS DESCRIBED AS FOLLOWS:

BEGINNING AT THE WESTERLY COMMON CORNERS OF SAID PARCELS 1 AND 2 OF SAID PARCEL MAP; THENCE NORTH 18 DEG. 09 MIN. 20 SEC. WEST ALONG THE WESTERLY LINE OF SAID PARCEL 2, A DISTANCE OF 269.70 FEET TO THE INTERSECTION THEREOF WITH THE SOUTHERLY LINE OF THE EASEMENT FIRSTLY ABOVE RESERVED AND THE TERMINATION OF SAID WESTERLY EASEMENT LINE, AS RESERVED IN DEED EXECUTED BY LAWRENCE ROCCHI, ET AL; RECORDED APRIL 5, 1972, BOOK 9973, PAGE 289 OF OFFICIAL RECORDS.

PARCEL FOUR: (WE NOTE BUT DO NOT INSURE)

TOGETHER WITH THOSE CERTAIN RIGHTS AND EASEMENTS PROVIDED FOR IN THAT CERTAIN WATER AGREEMENT EXECUTED BY AND BETWEEN LAWRENCE ROCCHI ET AL AND JAMES E. GRAN, DATED MARCH 31ST, 1972 AND RECORDED APRIL 5, 1972 UNDER RECORDER'S SER. NO. 4226874, SANTA CLARA COUNTY RECORDS.

835-13-012

# EXHIBIT 1